IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOHN R. LAMBERT, II                                                                PLAINTIFF

VS.                                         4:12CV00075 JMM

LQ MANAGEMENT, LLC                                                          DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

Dated this 29th day of April, 2013.

_____
James M. Moody
United States District Judge