# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**JOHN R. LAMBERT, II**                                                                 **PLAINTIFF**

**VS.**                                           **4:12CV00075 JMM**

**LQ MANAGEMENT, LLC**                                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

Dated this 29th day of April, 2013.

_____
James M. Moody
United States District Judge